DAVID K. LEATHERBERRY
DLEATHERBERRY@GORDONREES.COM
DIRECT DIAL: (619) 230-7409

# GORDON & REES LLP

Attorneys At Law
101 West Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 696-6700
Fax: (619) 696-7124
www.gordonrees.com

June 15, 2012

**Via Electronic Filing**

Honorable Judge Joseph C. Spero
United States District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  <u>Roseanna Martha Robinson v. Alameda County, Debra Y.F. Tong</u>
Defendant     :   Debra Y.F. Tong
**Case No.**  :   **C12-00730**
Hearing Date  :   June 22, 2012
Hearing Time  :   9:30 a.m.
Hearing       :   Case Management Conference and Motion

Honorable Judge Spero:

On behalf of defendant, Debra Y.F. Tong, I respectfully request your permission to appear telephonically at the Case Management Conference and motion hearing set for **June 22, 2012 at 9:30 a.m.** in **Case No.: C12-00730**. This request is based on the cost to my client of having me fly to San Francisco for our CMC, and on a personal family matter requiring that I be available that same day in Seattle. With your consent, I can be reached for the CMC at the Courtyard Seattle Bellevue/Downtown Marriott, located on 11010 NE 8th St. Bellevue, WA. **Phone**: 1-425-454-5888. I thank you for this consideration.

IT IS HEREBY ORDERED THAT Mr. Leatherberry be on phone standby beginning at 9:30 a.m., and await the Court's call.

Dated: 6/18/12

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Respectfully submitted,

GORDON & REES LLP

DAVID K. LEATHERBERRY

DKL/spk
cc:   Dorothy D. Guillory, Esq.
      Timothy P. O'Donnell, Esq.

ACEUS/1076813/12757471v.1