DAVID K. LEATHERBERRY
DLEATHERBERRY@GORDONREES.COM
DIRECT DIAL: (619) 230-7409

# GORDON & REES LLP

Attorneys At Law
101 West Broadway, Suite 2000
San Diego, CA 92101
Phone: (619) 696-6700
Fax: (619) 696-7124
www.gordonrees.com

July 11, 2012

**Via Electronic Filing**

Honorable Judge Joseph C. Spero
United States District Court, Northern District
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  Roseanna Martha Robinson v. Alameda County, Debra Y.F. Tong
Defendant     :   Debra Y.F. Tong
**Case No.**   :   **C12-00730**
Hearing Date :   July 13, 2012
Hearing Time :   1:30 p.m.
Hearing       :   Case Management Conference

Honorable Judge Spero:

On behalf of defendant, Debra Y.F. Tong, I respectfully request your permission to appear telephonically at the Case Management Conference now set for **July 13, 2012 at 1:30 p.m.** in **Case No.: C12-00730**. This request is based on the cost to my client of having me fly to and from San Francisco for our CMC. While we do have a San Francisco office, none of our San Francisco attorneys is involved in the case, and would be able to enter into stipulations or participate in meaningful discussion on behalf of Dr. Tong. With your consent, I can be reached for the CMC at my direct line, **Phone: 1-619-230-7409**. I thank you for this consideration.

IT IS HEREBY ORDERED THAT
Mr. Leatherberry shall be on phone
standby beginning at 1:30 PM and
await the Court's call.

Dated: 7/12/12

Respectfully submitted,

GORDON & REES LLP

DAVID K. LEATHERBERRY

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

DKL/spk
cc:   Dorothy D. Guilley, Esq.
      Timothy P. O'Donnell, Esq.

ACEUS/1076813/13028751v.1