UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| ROSEANNA ROBINSON,<br>    Plaintiff,<br><br>    v.<br>ALAMEDA COUNTY, et al.,<br>    Defendants.<br>_____/ | No. C 12-0730 JCS<br><br>**ORDER RE: ATTENDANCE AT ADR SESSION**<br><br>Date:      October 1, 2012<br>Neutral:   David Kelley |

    IT IS HEREBY ORDERED that the request to excuse defendant Debra Tong, Ph.D's insurance representative, John McGuire, from personal attendance at the October 1, 2012, hybrid mediation and ENE before David Kelley is GRANTED.  Mr. McGuire shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 5-10(f) and 6-10(f).

    IT IS SO ORDERED.

September 24, 2012        By:    /s/ Elizabeth D. Laporte
Dated                                         Elizabeth D. Laporte
                                               United States Magistrate Judge