UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

ROSEANNA ROBINSON,
    Plaintiff,

v.

ALAMEDA COUNTY, et al.,
    Defendants.
    _____/

No. C 12-0730 JCS

**ORDER RE: ATTENDANCE AT ADR SESSION**

Date:    October 1, 2012
Neutral:    David Kelley

    IT IS HEREBY ORDERED that the request to excuse defendant Debra Tong, Ph.D's insurance representative, John McGuire, from personal attendance at the October 1, 2012, hybrid mediation and ENE before David Kelley is GRANTED.  Mr. McGuire shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 5-10(f) and 6-10(f).

    IT IS SO ORDERED.

September 24, 2012    By:    *Elizabeth D. Laporte*
Dated
                                            Elizabeth D. Laporte
                                        United States Magistrate Judge