DOROTHY D. GUILLORY
Attorney at Law, CSBN 114891
1701 Harrison Street
Oakland, California 94612
(510) 836-2111, Fax: (510) 836-2112
E:mail: guildorothy@aol.com

Attorney for Plaintiff
ROSEANNA M. ROBINSON

DAVID K. LEATHERBERRY, CSBN 241721
GORDON & REES, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
(619) 696-6700
Fax: (619) 696-7124

Attorney for Defendant
DEBRA Y.F. TONG

ANDREA CARLISE, CSBN 151648
PATTON.WOLAN. CARLISE
1999 Harrison Street, Suite 1350
Oakland, CA 94612-3581
(510) 987-7500
Fax: (510) 987-7575

Attorney for Defendant
ALAMEDA COUNTY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| ROSEANNA M. ROBINSON, | Case No.: C 12-00730 JCS |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL |
| vs. | |
| ALAMEDA COUNTY, DEBRA Y. F. TONG, | |
| Defendants. | |

Plaintiff ROSEANNA M. ROBINSON and Defendants ALAMEDA COUNTY, DEBRA Y.F. TONG, through their respective attorneys, stipulate to the dismissal of this case

Stipulation of Dismissal, Debra Tong    1

1  with prejudice as to DEBRA Y.F. TONG under Federal Rules of Civil Procedure, Rule
2  41(a)(1)(ii), and as per the Settlement and Release Agreement executed between Plaintiff
3  ROSEANNA M. ROBINSON and Defendant DEBRA Y.F. TONG.
4
5
6  Dated: April 16, 2013                        Dated: April 17, 2013
7                                                PATTON. WOLAN. CARLISE
8
9  [signature]                                   By: [signature]
10 DOROTHY D. GUILLORY                           ANDREA CARLISE
11 Attorney for Plaintiff Roseanna Robinson      Attorney for Defendant Alameda County
12
13 Dated: 4/17/13
14 GORDON REES LLP
15
16 By: [signature]
17 DAVID K. LEATHERBERRY
18 Attorney for Debra Y.F. Tong

21 Dated: May 16, 2013

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]