1  DOROTHY D. GUILLORY
   Attorney at Law, CSBN 114891
2  1701 Harrison Street
   Oakland, California 94612
3  (510) 836-2111, Fax: (510) 836-2112
   E:mail: guildorothy@aol.com
4
5  Attorney for Plaintiff
   ROSEANNA M. ROBINSON
6
   DAVID K. LEATHERBERRY, CSBN 241721
7  GORDON & REES, LLP
   101 W. Broadway, Suite 2000
8  San Diego, CA 92101
   (619) 696-6700
9  Fax: (619) 696-7124

10 Attorney for Defendant
   DEBRA Y.F. TONG
11
   ANDREA CARLISE, CSBN 151648
12 PATTON.WOLAN. CARLISE
   1999 Harrison Street, Suite 1350
13 Oakland, CA 94612-3581
   (510) 987-7500
14 Fax: (510) 987-7575

15 Attorney for Defendant
   ALAMEDA COUNTY
16
17              UNITED STATES DISTRICT COURT
18              NORTHERN DISTRICT OF CALIFORNIA

19 ROSEANNA M. ROBINSON,           )   Case No.: C 12-00730 JCS
20         Plaintiff,              )   STIPULATION OF DISMISSAL
                                   )
21     vs.                         )
                                   )
22 ALAMEDA COUNTY, DEBRA Y. F. TONG,)
23         Defendants.             )
                                   )
24                                 )
25                                 )

26      Plaintiff ROSEANNA M. ROBINSON and Defendants ALAMEDA COUNTY,
27 DEBRA Y.F. TONG, through their respective attorneys, stipulate to the dismissal of this case
28

                Stipulation of Dismissal, Debra Tong    1

1  with prejudice as to DEBRA Y.F. TONG under Federal Rules of Civil Procedure, Rule
2  41(a)(1)(ii), and as per the Settlement and Release Agreement executed between Plaintiff
3  ROSEANNA M. ROBINSON and Defendant DEBRA Y.F. TONG.

Dated: April 16, 2013                        Dated: April 17, 2013

                                             PATTON. WOLAN. CARLISE

*/s/ Dorothy D. Guillory/*                   By: */s/ Andrea Carlise/*

DOROTHY D. GUILLORY                          ANDREA CARLISE
Attorney for Plaintiff Roseanna Robinson     Attorney for Defendant Alameda County

Dated: 4/17/13

GORDON REES LLP

By: */s/ David K. Leatherberry/*

DAVID K. LEATHERBERRY
Attorney for Debra Y.F. Tong

Dated: May 16, 2013

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

Stipulation of Dismissal, Debra Tong    2