UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA MARTHA ROBINSON,<br><br>Plaintiff,<br><br>v.<br><br>ALAMEDA COUNTY, et al.,<br><br>Defendants. | Case No. 12-cv-00730-JCS<br><br>**ORDER FOR PLAINTIFF TO SUMBIT COMPLETE OCTOBER 19, 2011 COMPLAINT TO THE CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING** |

Both parties have submitted evidence that Plaintiff filed a complaint with the California Department of Fair Employment and Housing on October 19, 2011. *See* Dkt. No. 61-1 at 82; Dkt. No. 76 at 17. The October 19, 2011 complaint indicates that the particular details are in an "attached" document. *See id.* However, no attached document has been submitted to the Court. Plaintiff is hereby ordered to submit the document she attached to her October 19, 2011 complaint by Tuesday, August 6, 2013 at 12:00 p.m.

**IT IS SO ORDERED**.

Dated: August 2, 2013

JOSEPH C. SPERO
United States Magistrate Judge