UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNA MARTHA ROBINSON,<br>　　　　　　Plaintiff,<br>　　v.<br>ALAMEDA COUNTY, et al.,<br>　　　　　　Defendants. | Case No. 12-cv-00730-JCS<br><br>**ORDER GRANTING MOTION FOR LEAVE TO APPEAL IN FORMA PAUPERIS**<br><br>**Dkt. No. 108** |

Plaintiff has filed a Notice of Appeal of the Court's August 19, 2013 Order Granting Defendant's Motion for Summary Judgment. *See* Dkt. Nos. 105, 107. Plaintiff also filed a Motion for Leave to Appeal *In Forma Pauperis*. *See* Dkt. No. 108.

A litigant who seeks to be excused from paying the filing fee for an appeal in a federal case may apply for *in forma pauperis* ("IFP") status under 28 U.S.C. § 1915. *See also* Fed.R.App.P. 24(a). To qualify for IFP status, the litigant must demonstrate that he or she cannot afford to pay the full filing fee. 28 U.S.C. § 1915(a)(1). Even if a litigant is found to be indigent, however, IFP status will be denied if the Court finds that the litigant's appeal is not taken in "good faith." 28 U.S.C. § 1915(a)(3). Good faith in this context is judged by an objective standard and not by the subjective beliefs of the appellant. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962). To determine whether an appeal is taken in good faith, the Court must decide whether the claims to be decided on appeal are frivolous. *Id.* An appeal is frivolous, and therefore cannot be taken in good faith, "where it lacks an arguable basis either in law or in fact." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).

The Court finds that Plaintiff qualifies to proceed *in forma pauperis*. Plaintiff reports that she is unemployed and receives income from her $797.00 monthly Social Security benefits, as

1  well as babysitting.  She has $20.53 balance in her bank account and no other assets.  Plaintiff's
2  monthly expenses for rent, food, utilities and clothing total $750.00.  Moreover, Plaintiff's appeal
3  is not frivolous; she appeals in good faith.  Accordingly, Plaintiff's Motion for Leave to Appeal *In*
4  *Forma Pauperis* is GRANTED.

5  **IT IS SO ORDERED**.

6  Dated: September 16, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge